SCOTT P. COOPER, SBN 96905
scooper@proskauer.com
KEITH BUTLER, SBN 215670
kbutler@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone:  (310) 557-2900
Facsimile:   (310) 557-2193

Attorneys for Defendant
MBIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND,<br><br>              Plaintiff,<br><br>       v.<br><br>AMBAC FINANCIAL GROUP INC.; MBIA, INC.; XL CAPITAL ASSURANCE INC.; FINANCIAL GUARANTY INSURANCE COMPANY; CIFG ASSURANCE NORTH AMERICA, INC.; JASON KISSANE; NEIL PACK; and Does 1 – 50,<br><br>              Defendants. | Case No. CV08-4425 MMC<br><br>Hon. Maxine M. Chesney<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND WITHDRAWING MOTION TO TRANSFER VENUE, AND REMANDING ACTION TO STATE COURT** |

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

7583/49336-004
Current/12331040v1

Case No. CV08-4425 MMC

1. Whereas, Plaintiff City of Oakland filed a complaint in this action on or about August 28, 2008 in San Francisco Superior Court;

2. Whereas, Defendant MBIA, Inc. filed a Notice of Removal of this action to this Court on September 22, 2008;

3. Whereas actions similar to the Oakland action have been filed in Los Angeles County Superior Court by the City of Los Angeles, and in San Francisco County Superior Court by the City of Stockton, and removed by Defendants to the United States District Courts for the Central District and Northern District of California, respectively;

4. Whereas, Plaintiff filed a Motion For Remand To State Court in this action on September 30, 2008;

5. Whereas, Plaintiff also filed Motions For Remand To State Court in the Los Angeles and Stockton actions;

6. Whereas, Defendants filed Joint Oppositions to the Plaintiffs' Motions For Remand in each of the Los Angeles, Stockton and Oakland actions;

7. Whereas, Judge Fairbank of the United States District Court for the Central District of California granted Plaintiff's Motion For Remand To State Court in the Los Angeles action on October 20, 2008;

8. Whereas, Defendants have agreed to withdraw their Joint Opposition to Plaintiff's Motion For Remand in this action and the Stockton action;

9. Whereas, all parties to this action and the Stockton action have agreed to stipulate to the remand of this action and the Stockton action as pleaded to state court;

10. Whereas, Defendants filed a Motion to Transfer Venue in this action on October 17, 2008;

11. Whereas, Defendants have agreed to withdraw their Motion to Transfer Venue in this action;

1

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

Case No. CV08-4425 MMC

7583/49336-004
Current/12331040v1

12. Whereas, a similar stipulation will be filed concurrently herewith in the Stockton action;

13. Whereas, the parties agree to bear their own attorneys' fees and costs with respect to all proceedings in the District Court;

Now, therefore, the parties hereby stipulate as follows:

1. Defendants' Joint Opposition to Plaintiff's Motion For Remand and Defendants' Motion to Transfer Venue in this action are withdrawn, and this action as currently pleaded should be remanded to state court, all parties to bear their own costs and fees.

IT IS SO STIPULATED.

DATED: October 22, 2008

PROSKAUER ROSE LLP

By: _____

Scott P. Cooper (SBN 96905)
*scooper@proskauer.com*
Keith Butler (SBN 215670)
*kbutler@proskauer.com*
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:   (310) 557-2900
Facsimile:   (310) 557-2193

*Attorneys for Defendant*
*MBIA, INC.*

2

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

7583/49336-004
Current/12331040v1

Case No. CV08-4425 MMC

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 22, 2008 | COTCHETT, PITRE & McCARTHY |
| 3 | | By: /s/ Nanci E Nishimura |
| 4 | | Joseph W. Cotchett (SBN 36324) |
| | | *jcotchett@cpmlegal.com* |
| 5 | | Nanci E. Nishimura (SBN 152621) |
| | | *nnishimura@cpmlegal.com* |
| 6 | | Stuart G. Gross (SBN 251019) |
| 7 | | *sgross@cpmlegal.com* |
| | | San Francisco Airport Office Center |
| 8 | | 840 Malcolm Road, Suite 200 |
| 9 | | Telephone:  (650) 697-6000 |
| | | Facsimile:   (650) 6979-0577 |
| 10 | | |
| 11 | | CITY OF OAKLAND, CALIFORNIA |
| | | John A. Russo (SBN 129729) |
| 12 | | *jrusso@oaklandcityattorney.org* |
| 13 | | One Frank H. Ogawa Plaza, 6th Floor |
| | | Oakland, CA 94612 |
| 14 | | Telephone:  (510) 238-3034 |
| 15 | | Facsimile:   (510) 238-6500 |
| 16 | | |
| | | RENNE SLOAN HOLTZMAN & SAKAI LLP |
| 17 | | Louise H. Renne (SBN 36508) |
| 18 | | *lrenne@rshslaw.com* |
| 19 | | 3050 Sansome St., #300 |
| | | San Francisco, CA 94104 |
| 20 | | Telephone:  (415) 678-3805 |
| 21 | | Facsimile:   (415) 678-3838 |
| 22 | | *Attorneys for Plaintiff*<br>*CITY OF OAKLAND* |

3

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

7583/49336-004
Current/12331040v1

| | | |
|---|---|---|
| 1 | DATED: October 22, 2008 | MURPHY, PEARSON, BRADLEY & FEENEY |

By: _/s/ James A. Murphy_ /LB

James A. Murphy
*jmurphy@mpbf.cm*
John P. Girarde
*jgirarde@mpbf.com*
88 Kearny Street, 10th Floor
San Francisco, CA 94108
Telephone:  (415) 788-1900
Facsimile:  (415) 393-8087

PATTERSON BELKNAP WEBB &
  TYLER LLP
Robert P. LoBue
*rplobue@pbwt.com*
Brian N. Lasky
*bnlasky@pbwt.com*
Ella Campi
*ecampi@pbwt.com*
1133 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222

*Attorneys for Defendant*
*AMBAC FINANCIAL GROUP, INC.*

---

4

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

Case No. CV08-4425 MMC

7583/49336-004
Current/12331040v1

| | | |
|---|---|---|
| 1 | DATED: October 22, 2008 | LOEB & LOEB LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Daniel G. Murphy |
|   | | *dmurphy@loeb.com* |
| 5 | | W. Allan Edmiston |
| 6 | | *aedmiston@loeb.com* |
|   | | 10100 Santa Monica Blvd., Suite 2200 |
| 7 | | Los Angeles, CA 90067-4120 |
|   | | Telephone:  (310) 282-2000 |
| 8 | | Facsimile:   (310) 282-2200 |

DEBEVOISE & PLIMPTON LLP
Mark P. Goodman
*mpgoodman@debevoise.com*
Elliot Greenfield
*egreenfield@debevoise.com*
919 Third Avenue
New York, NY 10022
Telephone:   (212) 909-6000
Facsimile:    (212) 909-6836

*Attorneys for Defendant*
*XL CAPITAL ASSURANCE INC.*

5

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

7583/49336-004
Current/12331040v1

Case No. CV08-4425 MMC

DATED: October 22, 2008

RICHARDS KIBBE & ORBE LLP

By: _David W.T. Daniels_ /s/
    David W.T. Daniels
ddaniels@rkollp.com
701 8th Street NW, Suite 300
Washington, DC 20001
Telephone:  (202) 261-2960
Facsimile:  (202) 261-2999

RICHARDS KIBBE & ORBE LLP
H. Rowan Gaither, IV
rgaither@rkollp.com
Shari Brandt
sbrandt@rkollp.com
Brian S. Fraser
bfraser@rkollp.com
One World Financial Center
New York, NY 10281
Telephone:  (212) 530-1800
Facsimile:  (212) 530-1801

*Attorneys for Defendant*
FINANCIAL GUARANTY INSURANCE COMPANY

6

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

7583/49336-004
Current/12331040v1

Case No. CV08-4425 MMC

DATED: October 22, 2008

PACHULSKI, STANG, ZIEHL & JONES LLP

By: /s/ Kenneth H. Brown
Kenneth H. Brown
kbrown@pszjlaw.com
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone:  (415) 263-7000
Facsimile:  (415) 263-7010

CADWALADER, WICKERSHAM & TAFT LLP
Jonathan M. Hoff
jonathan.hoff@cwt.com
One World Financial Center
New York, NY 10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

*Attorneys for Defendant*
*CIFG ASSURANCE NORTH AMERICA*

## [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED that this action is hereby remanded to state court, all parties to bear their own costs and fees.

October 27, 2008

/s/ Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

7

STIPULATION AND [PROPOSED] ORDER WITHDRAWING OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND AND MOTION TO TRANSFER VENUE AND REMANDING ACTION TO STATE COURT

Case No. CV08-4425 MMC

7583/49336-004
Current/12331040v1