E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, | Case No. CV 08-~~4031 (MMC)~~ |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| AMBAC FINANCIAL GROUP, INC., et al., | |
| Defendants. | |

Ronald S. Rauchberg, an active member in good standing of the bar of New York whose business address and telephone number is Proskauer Rose LLP, 1585 Broadway Avenue, New York, NY 10036-8299; (212) 969-3000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, MBIA, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/8/2008

_____
United States Judge

5347/49336-004
Current/12142950v